JAP:JRL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ASHLEY CAIN,

              Defendant.

- - - - - - - - - - - - - - - - -X

**12 M 652**

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE WESTERN
<u>DISTRICT OF NEW YORK</u>

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

        JUSTIN KITTELSTAD, being duly sworn, deposes and says that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

        Upon information and belief, on June 8, 2012 an arrest warrant was issued by the United States District Court for the Western District of New York, commanding the arrest of the defendant ASHLEY CAIN, for conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 and conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

        The source of your deponent's information and the grounds for his belief are as follows:

        1.  On June 8, 2012, an arrest warrant was issued by the United States District Court for the Western District of New York, commanding the arrest of the defendant ASHLEY CAIN, for conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 and conspiracy to commit money laundering in violation of Title 18, United States Code, Section

1956(h). The arrest warrant was issued following an indictment being filed in that district. A copy of the arrest warrant and indictment are attached hereto.

2. HSI in the Western District of New York informed HSI in Manhattan, New York that the defendant ASHLEY CAIN had an outstanding warrant in the Western District of New York and provided the defendant's pedigree information and address. On the morning of July 10, 2012, HSI agents proceeded to the address in Brooklyn, New York provided by HSI agents in the Western District of New York. An individual identified as defendant ASHLEY CAIN's sister answered the door, and indicated that defendant ASHLEY CAIN was not home. Agents were allowed in, searched the home, and the defendant ASHLEY CAIN was not present. An individual identified as defendant ASHLEY CAIN's sister indicated that defendant ASHLEY CAIN had left to work at a "Cosi" food location in downtown Manhattan. I called a "Cosi" location at 55 Broad Street, in Manhattan, New York, and spoke to an unidentified male who confirmed that "Ashley" was present. I, along with other agents, traveled to 55 Broad Street, in Manhattan, New York, and arrested defendant ASHLEY CAIN outside the "Cosi."

3. Defendant ASHLEY CAIN afterwards provided a driver's license confirming her name, and with a photograph matching defendant ASHLEY CAIN. HSI agents from the Western District of New York involved in the underlying investigation interviewed defendant ASHLEY CAIN and identified her as the

2

individual indicted in the Western District of New York.

4. It is the desire of the United States Attorney for the Western District of New York that the defendant ASHLEY CAIN be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant ASHLEY CAIN be removed to the Western District of New York so that she may be dealt with according to law.

JUSTIN KITTELSTAD
Special Agent, HSI

Sworn to before me this
10th day of July, 2012

THE HONOR[ABLE] S/Azrack
UNITED ST[ATES]
EASTERN D[ISTRICT]

AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>ASHLEY CAIN<br>*Defendant* | )    **SEALED**<br>)<br>)    Case No. 12-CR- **12 CR 183**<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **ASHLEY CAIN**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud, and conspiracy to commit money laundering,

all in violation of Title 18, United States Code, Sections 1349 and 1956(h).


Date: **JUN 8 – 2012**

MICHAEL J. ROEMER
*Issuing officer's signature*

City and state:   Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES COURT CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |